FILED UNDER SEAL

STATE OF MINNESOTA
                                        ss.      AFFIDAVIT OF
COUNTY OF HENNEPIN                               THOMAS CHORLTON

## AFFIDAVIT IN SUPPORT AN APPLICATION
## FOR A COMPLAINT AND ARREST WARRANT

I, Special Agent Thomas Chorlton, being duly sworn, state the following:

### INTRODUCTION AND AGENT BACKGROUND

1.  1 am a Special Agent with the FBI and have been for approximately 2 years. I am currently assigned to the FBI Minneapolis Joint Terrorism Task Force and have been so assigned for approximately 2 years. Prior to working for the FBI, I was a patrol officer for the Minneapolis Police Department for eight years. Through my combined law enforcement experience, I have assisted on a multitude of cases involving illegal possession of firearms, gang crime, homicides, assaults and drug related crimes. These cases have resulted in arrests, searches, seizures, along with interviews and transports of arrested parties, witnesses and victims. Your Affiant's current duties and responsibilities include conducting criminal investigations of individuals and entities for possible violations of federal laws. During my career, my investigations have included the use of various surveillance techniques and the execution of various search, 1 seizure, and arrest warrants.

1

I have used historical cell site analysis to locate phones of subjects and victims in numerous investigations. The facts in this Affidavit are based on my personal observations, my training and experience, evidence gathered pursuant to search warrants, and information obtained from other agents and witnesses. This Affidavit is intended to show merely that there is sufficient probable cause for the requested search warrant and does not set forth all of my knowledge about this matter.

2. This affidavit is being submitted in support of the criminal complaint for Michael Allen FRANCISCO. Based on my training, experience, participation in criminal investigations and the facts set forth in this Affidavit, I respectfully submit that there is probable cause to believe that on or about November 20, 2022, FRANCISCO did maliciously damage or destroy by an explosive, a property used and engaged in interstate commerce, in violation of Title 18, U.S.C., Section 844(i).

## **PROBABLE CAUSE**

3. On or about November 20, 2022, at approximately 2:49 AM, an explosive device detonated at Studio 411, a hair salon engaged in interstate commerce, located in Minneapolis, Minnesota. The explosion caused damage to the exterior and interior of the business.

4. Ring video camera evidence from the salon showed an adult male later identified as FRANCISCO placing the explosive device on the window of

2

the salon. FRANCISCO fled the area in a vehicle before the device detonated. A faint image of the FRANCISCO moments before the detonation can be seen in the following photograph.



5. Almost one year later, video footage captured a male, later identified as FRANCISCO, vandalizing Studio 411. On November 6, 2023, at approximately 1:25 AM CST, FRANCISCO walked up to the business with a landscaping rock. The male threw the landscaping rock through the western window of Studio 411, causing the window to break. FRANCISCO again fled drove away from the scene.



6. The landscaping rock thrown by FRANCISCO through the window of Studio 411 was collected by the Minneapolis Police Department on November 7, 2023 . The landscaping rock was carefully collected from the shop floor of Studio 411, using rubber gloves throughout its handling. The landscaping rock was submitted by the Minneapolis Police Department to the Minnesota Bureau of Criminal Apprehension, hereinafter "BCA", for forensic [testing]. On January 29, 2024, the BCA sent a report which concluded that a mixture of DNA was found on the landscaping rock. The report concluded FRANCISCO could not be ruled out as a possible contributor to the DNA found on the landscaping rock.

7. A review of police records showed FRANCISCO was linked to another possession of an expolisive device. In one reported incident, FRANCISCO was found trespassing near an abandoned lumber yard at in

4

Northeast Minneapolis on or about March 3, 2023. Responding MPD officers encountered FRANCISCO at the lumber yard and told him to leave the area. FRANCISCO then left the area on foot. Responding officers then observed a white Ford F-150 pickup truck running and unlocked and abandoned on the private property. The officers arranged a tow, and an inventory was conducted of the truck, prior to towing. Officers located an explosive device inside the front center console area. The device was safely recovered and inventoried with Minneapolis Police Bomb Squad assistance on March 3, 2023. A photo of the recovered device is below:



8. Fragments of the explosive device found at Studio 411 included paper/cardboard material with a colored pattern (red/white/blue) which matched the device found inside the abandoned Ford F-150 truck.

9. On March 28, 2024, members of the FBI, including FBI SWAT and FBI Evidence Response Team, and Minneapolis Police officers executed a search warrant at FRANCISCO's residence.

10. Items seized by members of the FBI included: the suspected black jacket worn by FRANCISCO on November 6, 2023 during the brick incident;

6

multiple explosive components including suspected energetic powders and fuses; a .32 caliber Iver Johnson Cadet revolver, with ammunition; and suspected methamphetamine. It should be noted, FRANCISCO is a convicted felon and prohibited as such to possessing a firearm.





11. During the in-custody interview of FRANCISCO, after FRANCISCO had been advised of his Miranda rights, FRANCISCO confessed, both verbally and in writing, to lighting the fuse on the explosive device that damaged Studio 411 November 20, 2022, and throwing the landscape brick at the Studio 411 window on November 6, 2023.

## CONCLUSION

12. Based on the above information, I believe there is probable cause to believe that on or about November 20, 2022, MICHAEL ALLEN FRANCISCO did maliciously damage or destroy by an explosive, a property used and engaged in interstate commerce, in violation of Title 18, U.S.C., Section 844(i).

Further your affiant sayeth not.

Respectfully submitted,

_____
Thomas Chorlton, FBI Special Agent

SUBSCRIBED and SWORN before me
by reliable electronic means (ZOOM and
email) pursuant to Fed. R. Crim. P. 41(d)(3) on
April 1, 2024:

_____
The Honorable David T. Schultz
United States Magistrate Judge