UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-mj-220 (DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) ) GOVERNMENT'S MOTION TO ALLOW ) VICTIM TO BE REASONABLY HEARD ) AT DETENTION HEARING |
| MICHAEL ALLEN FRANCISCO, | ) ) |
| Defendant. | ) |

Pursuant to 18 U.S.C. § 3771(d)(1), the Crime Victims' Rights Act, the United States of America respectfully asserts the right of victim J.J.C. to be reasonably heard at the detention hearing in this matter, in accord with 18 U.S.C. § 3771(a)(4) (providing a crime victim the "right to be reasonably heard at any public proceeding in the district court involving release . . . ."). The matter is currently set for a preliminary and detention hearing on Monday, April 8, 2024, at 10:00 a.m. before Magistrate Judge David T. Schultz.

Dated: April 4, 2024

Respectfully Submitted,

ANDREW M. LUGER
United States Attorney

/s/ *Benjamin Bejar*
BY:  Benjamin Bejar
Assistant United States Attorney
District of Minnesota
Attorney ID No. 351131